**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PARENTS AGAINST DISABILITY DISCRIMINATION, et al., | |
| Plaintiffs, | **Case No.** C04-5267 RBL |
| v. | Minute Order |
| EQUITY RESIDENTIAL, et al., | Re: Settlement Conference |
| Defendants. | |

THIS MATTER was referred by the Honorable Ronald B. Leighton for purposes of a settlement conference.

This is to confirm that the parties and counsel met with this court on April 26, 2005 for the entire day, and that counsel thereafter conferred telephonically with the court.

It appears there is no useful purpose in this court continuing discussions with the parties and counsel at this time. The court has, however, advised counsel for both the plaintiffs and the defendants that it is willing to continue to act as a settlement judge at such time as both parties are willing to continue their good faith discussions towards resolution.

Entered at the direction of U.S. Magistrate Judge, J. Kelley Arnold by Deputy Clerk, */s/Kelly Miller*. May 12, 2005.

ORDER
Page - 1